UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
United States of America,

                Plaintiff,

-against-

                                    Case No. 7:19-mj-12057

Christopher J. Burley

                Defendant.

───────────────────────────────── x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                          SO ORDERED.

                                          _____
                                          Hon. Martin R. Goldberg
                                          United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York